IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAITLIN E. WALSH, on behalf of herself, and all other plaintiffs known and unknown,<br><br>        Plaintiff<br><br>        v.<br><br>GREAT AMERICA, LLC, D/B/A SIX FLAGS GREAT AMERICA<br><br>        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | N<u>o.</u> 12 cv 5038<br><br><br><u>*Magistrate Judge Sheila Finnegan*</u> |

**FINAL ORDER APPROVING CLASS ACTION SETTLEMENT**

**WHEREAS,** an action entitled Kaitlin E. Walsh, on behalf of herself and all other plaintiffs known and unknown v. Six Flags Entertainment Corporation d/b/a Six Flags Great America, Civil Action No. 1:12-cv-05038 (the "Lawsuit") is currently pending before this court;

**WHEREAS,** Plaintiffs have made application, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for a Final Order approving settlement of the claims alleged in the Lawsuit, in accordance with a Settlement Agreement dated December 27, 2013 (the "Agreement"), which, together with the exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement of the Lawsuit against Defendant and for dismissal of the Lawsuit against Defendant with prejudice upon the terms and conditions set forth therein, and the Court has read and considered the Agreement and the exhibits thereto; and

**WHEREAS,** all capitalized terms contained and not otherwise defined herein shall have the same meanings set forth in the Agreement; and

**WHEREAS**, pursuant to the Court's Order Preliminarily Approving Class Action Settlement and Providing for Notice dated December 5, 2013 (Docket Number 43), the Class Administrator sent notice of the Agreement to all but ten of the Qualified Class members on or

before December 23, 2013 notifying Qualified Class Members of the Fairness Hearing scheduled on February 11, 2014 and of the Qualified Class Members' opportunity to appear at the Fairness Hearing to object to the Agreement; and

**WHEREAS**, the Administrator issued notice to ten of the Qualified Class members on January 16, 2014, after the deadline for such notice, notifying those ten Qualified Class members (the "Late Notice Class members") of their opportunity to opt-out or file challenges to the Agreement by March 4, 2014, in order to allow the Late Notice Class members an equal amount of time to respond as offered the other Qualified Class members, and of their opportunity to appear and object at a second Fairness Hearing offered to them on March 5, 2014; and

**WHEREAS**, the Parties appeared for a Fairness Hearing on February 11, 2014 and March 5, 2014 to determine (a) whether the proposed settlement of the Lawsuit on the terms and conditions provided for in the Agreement are fair, just, reasonable, adequate and in the best interests of the Class, and should be approved by the Court; and (b) whether an Order and Final Judgment of Dismissal, as provided in the Agreement, should be entered; and

**WHEREAS**, no Qualified Class members appeared to object or previously filed any objections to the Agreement; and

**IT IS ON THIS 13th DAY OF MARCH, 2014 HEREBY ORDERED AS FOLLOWS:**

1. The Court hereby enters this Final Order approving the settlement set forth in the Agreement as being fair, just, reasonable, adequate and in the best interests of the Plaintiff and the Class as described in the Agreement (hereinafter the "Class").

2. The Court hereby certifies the Class and Class Counsel, as described in the Agreement, for purposes of facilitating this settlement.

3. As provided for in the Court's order conditionally approving final settlement, after this Court's Final Approval, on or before March 21, 2014, the Administrator shall mail Claim Forms to all Qualified Class Members who have not otherwise opted-out of the Class Settlement in accordance with the terms set forth in the Notice.

4. On or before March 28, 2014, Defendant shall forward to Plaintiffs' counsel all amounts due under this agreement as and for attorney's fees as well as the incentive award as designated for Plaintiff Walsh.

5. All Claim Forms from Qualified Class Members shall be returned to the Administrator in accordance with the terms set forth in the Notice and on said Claim Forms and must be post marked on or before May 14, 2014.

6. On or before May 21, 2014, the Administrator shall notify Defendants of all Claim Forms received and provide such other information as may be requested by Defendants in order to effectuate the forwarding of the total amount of settlement funds by Defendant to the Administrator.

7. On or before May 28, 2014, Defendant shall forward the total amount of settlement funds by Defendant to the Administrator.

8. On or before June 11, 2014, the Administrator shall forward to each Qualified Class member who has returned a valid and timely Claim Form and who has not otherwise opted-out of the Class Settlement, any and all settlement amounts to which the Qualified Class members are entitled under the provisions of the Agreement.

9. On or before June 11, 2014, the Administrator shall forward to St. Benedict Preparatory High School, the total sum of all remaining unclaimed funds not otherwise awarded to Qualified Class members according to the procedures set forth herein.

*Sheila Finnegan*
**United States Magistrate Judge Sheila Finnegan**

Dated: March 13, 2014